1  Steven J. Boranian (SBN 174183)
   Email: sboranian@reedsmith.com
2  Joshua B. Marker (SBN 267569)
   Email: jmarker@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:    +1 415 543 8700
5  Facsimile:    +1 415 391 8269

6  Attorneys for Defendants
   Biomet Orthopedics, LLC, Biomet, Inc., and
7  Biomet, LLC

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | KARLA FELTON, | No.: 12-CV-3741-SI |
11 | Plaintiff, | **[PROPOSED] STIPULATED ORDER TO TRANSFER VENUE** |
12 | vs. | |
13 | BIOMET ORTHOPEDICS, LLC, BIOMET, INC., and BIOMET, LLC, | Honorable Susan Illston |
14 | Defendants. | |

12-CV-3741-SI

[PROPOSED] STIPULATED ORDER TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404(a) Plaintiff Karla Felton ("Plaintiff") and Defendants Biomet Orthopedics, LLC and Biomet, Inc. ("Biomet" or "Defendants") hereby submit, through the undersigned, the following Stipulation To Transfer Venue to the Western District of Washington.[1]

On July 17, 2012, Plaintiff filed her complaint in the above-titled action in the United States District Court, Northern District of California, alleging injuries caused by an $M^2$a-Magnum Hip Implant System sold by Biomet. None of the parties reside in California, and the events giving rise to this civil action did not occur in California. Plaintiff is a current resident of Washington and received medical care related to her alleged hip replacement in Washington. Based on the forgoing, the parties agree that the Western District of Washington is the appropriate venue for the above-titled action.

IT IS THEREFORE STIPULATED AND AGREED by and among Plaintiff and Defendants through the undersigned, to transfer the above-titled action to the Western District of Washington.

DATED: September 26, 2012.

REED SMITH LLP

By  */s/ Steven J. Boranian*
Steven J. Boranian (SBN 174183)
Attorneys for Biomet Orthopedics, LLC, Biomet, Inc., and Biomet, LLC

PANISH SHEA & BOYLE LLP

By  */s/ Peter Kaufman*
Peter Kaufman (SBN 269297)
Attorneys for Plaintiff Karla Felton

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Steven J. Boranian hereby attests that concurrence in the filing of this document has been obtained.*

---

[1] Plaintiff's Complaint also names Biomet, LLC as a defendant, but there is no legal entity known as Biomet, LLC.

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3 | DATED: _____, 2012

4

5 | _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE